Vincent Michael **COLE,**
Plaintiff–Appellant,

v.

**BALTIMORE CITY POLICE DEPARTMENT, (Northeast); Officer Rafael Garcia, Defendants–Appellees.**

No. 15–7322.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 19, 2016.

Decided: Jan. 21, 2016.

Vincent Michael Cole, Appellant Pro Se. Kristen Elissa Hitchner, Baltimore City Law Department, Baltimore, Maryland; Michael Lawrence Marshall, Schlachman, Belsky & Weiner, PA, Baltimore, Maryland, for Appellees.

Before WILKINSON, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vincent Michael Cole appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Cole v. Balt. City Police Dep't,* No. 8:14–cv–02787–PWG, 2015 WL 4647799 (D.Md. Aug. 6, 2015). We dispense with oral argument because the facts and legal contentions are

adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*